AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 23 2024

at 10 o'clock and 30 min. A M
Lucy H. Carrillo, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESS KIESEL LEE | ) Case No. Mag. No. 24-1007 RT | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JESS KIESEL LEE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 842(i)(1)   Possessing, as a convicted felon, an explosive that has been shipped or transported in or affecting interstate or foreign commerce

18 U.S.C. § 844(i)   Maliciously damaging, by means of explosives, property affecting interstate commerce

Date:   09/17/2024

City and state:   Honolulu, Hawaii

Rom A. Trader
United States Magistrate Judge

### Return

This warrant was received on (date) 09/17/2024, and the person was arrested on (date) 09/16/2024
at (city and state) _____

Date: 09/22/2024

Arresting officer's signature

Julio Alvarado, Special Agent
Printed name and title